**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOMINGO BEATO-ESTRELLA,** | : | **CIVIL ACTION NO. 3:26-CV-245** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **M. ARVIZA,**[1] | : | |
| | : | |
| **Respondent** | : | |

### ORDER

AND NOW, this 16th day of March, 2026, upon consideration of petitioner Domingo Beato-Estrella's *pro se* petition (Doc. 1) for a writ of habeas corpus, and the briefs in support of and opposition to thereto, (Docs. 2, 6, 7), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1.  The petition (Doc. 1) for a writ of habeas corpus is DENIED without prejudice.

2.  Judgment shall be entered in favor of respondent M. Arviza and against petitioner Beato-Estrella.

3.  The Clerk of Court shall CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

---

[1] Though his petition named G. Swaney as the respondent, counsel has clarified M. Arviza has recently transferred to become the warden of the facility housing Beato-Estrella. (Doc. 6 at 1 n.1).